FILED
March 10, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002475628

MARIKO M. GUSHI, ESQUIRE
California State Bar No. 091517
COOK & GUSHI
Attorneys at Law
P.O. Box 2447
MARYSVILLE, CA 95901
(530) 741-9422

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVSION

In Re:

AMY L. ST. LAURENT,

Debtor.

Case No.: 10-23306-C-7

DC No.: MMG-1

MOTION FOR AN ORDER APPROVING ABANDONMENT

DATE: APRIL 27, 2010

TIME: 9:30 a.m.

COURTROOM 35
501 "I" STREET
SACRAMENTO, CA 95914
JUDGE: CHRISTOPHER M. KLEIN

MOTION FOR AN ORDER APPROVING ABANDONMENT

TO THE UNITED STATES TRUSTEE, THE CHAPTER 7 TRUSTEE, AND CREDITORS.

Debtor, Amy L. St. Laurent, seeks an Order Compelling the Chapter 7 Trustee, Geoffrey Richards, to abandon the estates interest in a daycare facility commonly known as

Miss Amy's Kids, located at 1070 Randolph Drive, Yuba City, CA 95991. The business consists of the following personality:

Table, toys, books, bookcase, highchairs (2), playpens (4), stroller, wagon, car seats (4), sand and water table, picnic table, cubbies, toy chest, movies, cots, blankets, safety equipment.

The basis of this motion is that the personal property mentioned above does not have any equity over and above that exempted by the debtor. Pursuant to an appraisal by the debtor the aforementioned personal property has a value of approximately $420.00.

The debtor has the ability to exempt in excess of the value of the personality pursuant to CCP 703.140 (b)(6), and no administration by the trustee is contemplated.

The debtor wishes to continue to operate the daycare business during the pendency of the bankruptcy proceeding and require an abandonment order under Bankruptcy Rule 6007.

MEMORANDUM OF POINTS AND AUTHORITIES

Any party of interest may request an order to require the trustee to abandon property. Bankruptcy Code 554 merely requires a motion to be filed and notice given to all interested parties including the creditors. The basis of said motion must generally require hat the property in question is burdensome to the estate.

The trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate, 11 USC Section 554(b).

WHEREFORE, movant prays that the trustee in the above entitled case be required to abandon said personal property and for such other and further relief as is just and proper.

Dated: March 10, 2010

_____
MARIKO M. GUSHI
Attorney for Movants

MOTION FOR ORDER APPROVING ABANDONMENT- 2